UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-09301 DMG (DTBx)** | Date | December 28, 2010 |
| Title | *W.I.S. Family Ltd Partnership v. Litton Loan Servicing, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**

On December 3, 2010, Plaintiff W.I.S. Family Ltd Partnership filed the operative Complaint against Defendants Litton Loan Servicing, HSBC Bank USA (National Association), the Wolf Firm as Trustee Corps Company, and Does "1" through "X." Plaintiff is litigating this matter *pro se*.

A business entity, including a partnership, "may not appear in any action or proceeding pro se." C.D. Cal. L.R. 83-2.10.1; *see also Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) (noting the "general rule" prohibiting *pro se* plaintiffs from litigating "on behalf of others in a representative capacity"). Here, Plaintiff appears to be a business entity that cannot litigate without representation by a licensed attorney.

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed pursuant to Local Rule 83-2.10.1. Plaintiff shall file either its written response or a notice of appearance by an attorney on its behalf by no later than **January 11, 2011**.

**IT IS SO ORDERED.**